IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ODELL CANNON,<br>    Petitioner | NO. 2:07-cv-3039 |
| VS. | |
| JOHNATHAN C, MINER,<br>WARDEN,<br>    AND<br>THE DISTRICT ATTORNEY OF<br>CHESTER COUNTY,<br>    AND<br>THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA,<br>    Respondents | |

**O R D E R**

J. CURTIS JOYNER, J.

AND NOW, this 7th day of November, 2007, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for a writ of habeas corpus is DISMISSED.
3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

J. CURTIS JOYNER, J.